# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ANNAMARIA RESTREPO, individually, and on behalf of all others similarly situated,

      Plaintiff,

v.

BETHPAGE FEDERAL CREDIT UNION and DOES 1 through 100,

      Defendants.
---------------------------------------------------------------X

Case. No. 2:20-cv-05075-JS-SIL

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 17, 2021

Respectfully submitted,

By:    /s/ Taras Kick
       Taras Kick (*admitted pro hac vice*)
       taras@kicklawfirm.com
       Jeffrey C. Bils (*admitted pro hac vice)*
       jeff@kicklawfirm.com
       **THE KICK LAW FIRM, APC**
       815 Moraga Drive
       Los Angeles, CA 90049
       Telephone: (310) 395-2988
       Facsimile: (310) 395-2088

        **WILENTZ, GOLDMAN & SPITZER, P.A.**
Kevin P. Roddy – NYSBA # 652585
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
E-mail: kroddy@wilentz.com

*Attorneys for Plaintiff Annamaria Restrepo and the Putative Class*


By:   */s/ Craig A. Convissar*
     Craig A. Convissar
     craig.convissar@katten.com
     **KATTEN MUCHIN ROSENMAN LLP**
     575 Madison Avenue
     New York, NY 10022
     Ph: 212-940-6369
     Fax: 212-940-8776

     Stuart M. Richter (admitted *pro hac vice*)
     stuart.richter@katten.com
     2029 Century Park East, Suite 2600
     Los Angeles, CA 90067-3012
     Ph: 310-788-4400
     Fax: 310-712-8434

     *Attorneys for Defendant*
     *Bethpage Federal Credit Union*

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

```
The Clerk of the Court is
directed to terminate
Defendant's pending motion to
dismiss (ECF No. 23) as MOOT
and mark this case CLOSED.

Dated: June 18, 2021
       Central Islip, New York
```

/s/ JOANNA SEYBERT
―――――――――――――――
Hon. Joanna Seybert
United States District Court Judge